

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JENNIFER A. NOVISKI,

        Plaintiff,                        07Civ. 08288(CLB) (MDF)
                                                            JUDGMENT

-against-

CARDINAL HEALTH, INC.,

        Defendant.
------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on April 29, 2008, having handed down an endorsed copy of the Report and Recommendation (docket #10) of Hon. Magistrate Mark D. Fox, U.S.M.J., adopting the Report and Recommendation (docket #9) as the decision of the Court, no objections filed, and dismissing the action as time barred, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Report and Recommendation of Hon. Magistrate Mark D. Fox, U.S.M.J. (docket #9) is adopted as the decision of the Court, n objections filed, and dismissing the action as time barred, the case is hereby closed.

**DATED: White Plains, New York**
            **April 29, 2008**

                                              */s/ Michael McMahon*
                                          J. Michael McMahon-Clerk of Court

